UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __6__

------------------------------------------------

U.S.C.A. # _____

*Kinlaw*

U.S.D.C. # __08-cv-1072__

-v-

JUDGE: __KMW__

*Central New York Psychiatric Center*

DATE: __April 18, 2008__

------------------------------------------------

APR 18 2008

## INDEX TO THE RECORD ON APPEAL

| | |
|---|---|
| PREPARED BY (NAME): | THOMAS R. PISARCZYK |
| FIRM: | U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK |
| ADDRESS: | 500 PEARL STREET, ROOM 370 |
| | NEW YORK, NEW YORK 10007 |
| PHONE NO.: | (212) 805 - 0636 |

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------------------

DOCUMENT DESCRIPTION                                                                        DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **
** ALL OTHERS MISSING AT THIS TIME**

( X ) Original Record                                             (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __18th__ Day of __April__, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
*Kinlaw*

-v-

*Central New York Psychiatric*
---------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-1072

JUDGE: KMW

DATE: April 18, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed | Document Description

**BALANCE OF FILE MISSING AT THIS TIME**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this _18th_ Day of _April_ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
    Deputy Clerk

APPEAL, CLOSED, PRO-SE

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:08-cv-01072-KMW
# Internal Use Only

Kinlaw et al v. Central New York Psychiatric Center
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 02/01/2008
Date Terminated: 03/27/2008
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2008 | 1 | COMPLAINT against Central New York Psychiatric Center. Document filed by Arthur Kinlaw, James Griffin, Baez Oscar, Yahkin Gomez Ka David.(laq) (Entered: 02/14/2008) |
| 02/01/2008 | | Magistrate Judge Gabriwl W. Gorenstein is so designated. (laq) (Entered: 02/14/2008) |
| 02/01/2008 | 2 | ORDER, The Clerk of Court is directed to assign a civil docket number to this action. The Court grants plaintiffs forty-five days to comply with this order by submitting separate applications for leave to proceed in forma pauperis. No summons shall issue at this time and all further proceedings shall be stayed forty-five days. If plaintiff fails to comply with this order within the time allowed, the complaint shall be dismissed. The Court certifies pursuant to 28 U.S.C.1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/1/08) (laq) (Entered: 02/14/2008) |
| 02/01/2008 | 4 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Arthur Kinlaw.(rw) (Entered: 04/08/2008) |
| 02/19/2008 | | Received returned mail re: 2 Order. Mail was addressed to Arthur Kinlaw at Sullivan Correctional Facility and was returned for the following reason(s): Attempted - not known, unable to forward. (rw) (Entered: 02/29/2008) |
| 03/05/2008 | | PRO SE MEMORANDUM dated 2/26/2008 re: CHANGE OF ADDRESS for Arthur Kinlaw. New Address: # 00A3863, Sullivan Correctional Facility, P.O. Box 116, Fallsburg, New York, 12733-0116. (jmi) (Entered: 03/05/2008) |
| 03/20/2008 | | PRO SE MEMORANDUM dated 3/19/2008. A copy of document # 2, was re-mailed to the plaintiff/petitioner at the following address: Arthur Kinlaw, 00-A-3863, Sullivan Correctional Facility, Post Office 116, Fishkill, New York 12733-0116. (rw) (Entered: 03/20/2008) |
| 03/26/2008 | 3 | TRANSFER ORDER: Accordingly, this action is transferred to the United States District Court for the Northern District of New York. 28 U.S.C. 1391(b), 1406(a). In addition, because plaintiffs Griffin, Baez, and David have failed to comply with the Court's order directing them to submit application to proceed informa pauperis and Prisoner Authorization Forms, and have not otherwise communicated with the Court, those plaintiffs are dismissed from the action, and Kinlaw will be the sole remaining plaintiff. The Clerk of this Court shall file and docket the complaint without payment of fees. Whether plaintiff should be permitted to proceed further without payment of fees or under the fee payment schedule set forth in the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, 110 Stat. 1321(1996)("PLRA"), signed into law on April 26, 1996, codified at 28 U.S.C. 1915(a)(2),(b), is a determination to be made by the transferee court. The provision of Rule 83.1 of the Local Rules for the Southern District of New York which requires a five day delay is waived. A summons shall not issue from this Court. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/26/08) (tro) (Entered: 03/27/2008) |
| 03/27/2008 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - Northern District of New York. Sent original file along with documents numbered 1-3, certified copy of docket entries and transfer order. Mailed via Federal Express AIRBILL # 8651 7529 1684 on 3/27/08. (tro) (Entered: 03/27/2008) |
| 04/02/2008 | | Received a letter from the United States District Court - Northern District of New York acknowledging receipt of the entire file and assigned Case Number: 9:08-cv-352 on 3-31-2008. (tve) (Entered: 04/02/2008) |
| 04/04/2008 | 5 | NOTICE OF APPEAL from 3 Order. Document filed by Yahkin Gomez Ka David. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 04/17/2008) |
| 04/04/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Yahkin Gomez Ka David. $455.00 APPEAL FEE DUE. IFP REVOKED 3/26/08. (tp) (Entered: 04/17/2008) |
| 04/04/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 04/17/2008) |
| 04/17/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 04/17/2008) |